# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET MCCREE, | CASE NO. 2:25-cv-07555-SB-SK |
| Plaintiff, | **ORDER RE VOLUNTARY DISMISSAL** |
| -vs- | |
| CALIFORNIA BUSINESS BUREAU, INC.; HENRY MAYO NEWHALL MEMORIAL HOSPITAL; EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC, and DOES 1-10 inclusive, | |
| Defendants. | |

Pursuant to the parties' stipulation, this matter is dismissed in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees.

Date: October 23, 2025

Stanley Blumenfeld, Jr.
United States District Judge